

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-12-01144-CR, 01-12-01145-CR, and 01-12-01146-CR

Style:  Jay Scott Garrison

**v.** The State of Texas

Date motion filed[*]:  December 2, 2013

Type of motion:  First motions for extension of time to file appellant's pro se brief

Party filing motion:  Appellant

Document to be filed:  Appellant's pro se *Anders* brief

Is appeal accelerated?  No

If motion to extend time:

    Original due date:  November 4, 2013

    Number of previous extensions granted:      Current Due date:

    Date Requested:  January 25, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due: **February 3, 2014**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    Appellant's pro se responses in cause nos. 01-12-01144-CR, 01-12-01145-CR, and 01-12-01146-CR were filed with this Court on February 3, 2014.

Judge's signature:  /s/ Justice Jim Sharp
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  February 11, 2014

November 7, 2008 Revision